# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00297-WCO
### WasteCare Corporation v. Shredderhotline.com Co. et al
### Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 10/03/2013.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:45 A.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 1:45                  DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | John Gross representing WasteCare Corporation
Amanda Hyland representing WasteCare Corporation
Amanda Hyland representing Matthew Kennedy
J. Mixon representing WasteCare Corporation
J. Mixon representing Matthew Kennedy
Robert Ward representing Shredderhotline.com Co.
Robert Ward representing Dan Scott Burda |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The court reviewed all pending matters with the parties. Plaintiff's counsel argued [131] Motion for Entry of Statutory Damages, [138][139] Amended Bill of Costs. Defense counsel argued [137] Motion to Dismiss for Failure to Prosecute Claims, Motion for Attorney Fees and [136] Motion for Judgment as a Matter of Law, requested the court reject the jury verdict, argued [150] Motion to Strike Affidavit of Attorney Brown. The plaintiff argued their [96] Motions for Sanctions. The court took all pending motions under advisement. |