UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION,<br><br>                Plaintiff,<br><br>vs.<br><br>SHREDDERHOTLINE.COM CO. and<br>DAN SCOTT BURDA,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 2:11-CV-00297-WCO |

## **AMENDED JUDGMENT ON JURY VERDICT**

This action came on for trial before a jury and the Court, the Honorable William C. O'Kelley, Senior U.S. District Judge presiding. The issue of damages having been presented, and the jury having rendered its verdict on August 21, 2013, it is

**Ordered and Adjudged** that judgment is hereby entered in favor of the plaintiff, WasteCare Corporation and against the defendant, Shredderhotline.com Co. and Dan Scott Burda the amount of Two Hundred Thousand Dollars ($200,000.00) as to the supplemental claim for cyberpiracy, and a permanent injunction is entered against defendants restraining them from engaging in future infringement of Plaintiff's trademark.

**It is Further Ordered and Adjudged** that the court **Awards** plaintiff sanctions against defendants and their counsel, jointly and severally, in the amount of One Hundred Eighty One Thousand Four Hundred Fifty Two Dollars and 68/100 cents ($181,452.68) in attorney's fees and Ten Thousand Eight Hundred Thirty Six Dollars and 05/100 cents ($10,836.05) in costs and expenses.

JAMES N. HATTEN
CLERK OF COURT


By:   s/Vicki L. Dougherty
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    February 10, 2014
James N. Hatten
Clerk of Court

By  s/Vicki L. Dougherty
       Deputy Clerk