# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

ROOM 201, FEDERAL BUILDING
121 SPRING STREET, SE
GAINESVILLE, GEORGIA 30501

**JAMES N. HATTEN**                                                                                   **TELEPHONE**
**CLERK OF COURT**                                                                       **678-450-2760**

February 10, 2014

Robert M. Ward
The Pinnacle Bldg, 5th Floor
3455 Peachtree Rd, NE
Atlanta, GA 30326

      Re:    *WasteCare Corporation v. Shredderhotline.com Co. and Dan Burda*
                *Civil Action No.: 2:11-cv-00297-WCO*

Dear Mr. Ward:

      On 2/7/2014 and 2/10/2014, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

| | |
|---|---|
| _____ | Docketing fee of $5.00 |
| _____ | Filing fee of $450.00 |
| _____ | or Application to proceed on appeal *in forma pauperis*. |
| __X__ | Please complete the attached appeal information sheet as directed. |

                                                              Sincerely,

                                                              James N. Hatten
                                                              Clerk of Court

                                                     By:  s/Vicki L. Dougherty
                                                                  Deputy Clerk

cc:    USCA