# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:11-cv-00297-WCO
### WasteCare Corporation v. Shredderhotline.com Co. et al
### Honorable William C. O'Kelley

Minute Sheet for proceedings held In Chambers on 03/11/2014.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:40 A.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 00:10     DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

ATTORNEY(S)
PRESENT:

Amanda Hyland representing WasteCare Corporation
Amanda Hyland representing Matthew Kennedy
J. Mixon representing WasteCare Corporation
J. Mixon representing Matthew Kennedy
Robert Ward representing Shredderhotline.com Co.
Robert Ward representing Dan Scott Burda
Robert Ward representing Robert M. Ward

PROCEEDING
CATEGORY:

Telephone Conference(Motion Hearing Non-evidentiary);

MINUTE TEXT:

The court inquired from the parties whether the 3/12/14 hearing was still
necessary since the plaintiff has filed [178] Notice of Withdrawal of
Plaintiff's [163] Application for Writ, [162] Application for Writ.
Plaintiff's counsel stated that there was a procedural problem and they will
refile their applications for writ of execution tomorrow. The court stated
that he would see the parties on 3/12/14 at 10:00am as scheduled.