# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:11-cv-00297-WCO
### WasteCare Corporation v. Shredderhotline.com Co. et al
### Honorable William C. O'Kelley

Minute Sheet for proceedings held In Chambers on 06/10/2014.

TIME COURT COMMENCED: 11:45 A.M.
TIME COURT CONCLUDED: 12:25 P.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 00:40                 DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Amanda Hyland representing WasteCare Corporation
Amanda Hyland representing Matthew Kennedy
J. Mixon representing WasteCare Corporation
J. Mixon representing Matthew Kennedy
Robert Ward representing Shredderhotline.com Co.
Robert Ward representing Dan Scott Burda
Robert Ward representing Robert M. Ward

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Plaintiff's counsel outlined for the court their difficulties scheduling post-judgment depositions and there locations. Defense counsel responded, counsel stated that the Canadian deposition can be dissolved, counsel discussed the seventy plus categories of documents requested and where they are kept, counsel believes they should stay in there current Illinois location. The court directed the depositions to go forward in Atlanta as set in the notice, defendants should produce documents, such as bank records for the last two years, the court expects defendant to produce every and any record they are planning to use in their argument for the 7/17/2014 hearing, and the defendants 2012 and 2013 corporate and personal tax records, and any documents they can reasonably bring to the 6/24 deposition. The court directed the clerk to turn defendant's check attachment to court only viewing. The court granted in part and denied in part [199] Motion to Compel.