IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 2:11-cv-00297-WCO |
| | : |
| SHREDDERHOTLINE.COM Co. and | : |
| DAN SCOTT BURDA, | : |
| | : |
| Defendants. | : |

## ORDER

The court hereby **DIRECTS** the Clerk of Court to accept and deposit Mr. Robert M. Ward's certified bank check in the amount of $181,452.68 into the registry of the court. The court will address Mr. Ward's pending motion to approve supersedeas deposit and to grant supersedeas pending appeal [201] in the near future.

IT IS SO ORDERED, this 30th day of June, 2014.

S/WILLIAM C. O'KELLEY
William C. O'Kelley
Senior United States District Judge