THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>SHREDDERHOTLINE.COM, )<br>AND DAN SCOTT BURDA, )<br>)<br>DEFENDANTS. ) | CIVIL ACTION FILE NO.<br><br>2:11-CV-297-WCO |

**MOTION TO FILE UNDER SEAL PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE, MOTION FOR SANCTIONS, AND MOTION TO COMPEL**

COMES NOW Plaintiff, WasteCare Corporation (hereinafter "Wastecare"), pursuant to the Consent Protective Order (Dkt #38, ¶12) and request permission to file its Emergency Motion for Continuance, Motion for Sanctions, and Motion To Compel under seal (hereinafter the "Emergency Motion"). The Emergency Motion is being couriered to the Clerk of Court in Gainesville in a sealed envelope containing the caption of the case with a concise non-disclosing inventory of its contents for docketing purposes.

Respectfully submitted this 11th day of July, 2014.

/s/ Amanda G. Hyland
Amanda G. Hyland
Georgia Bar No. 325115
Attorney for Plaintiff

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Direct: 678.336.7247
Main: 770.434.6868
Fax: 770.434.7376
ahyland@taylorenglish.com

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
Attorney for Plaintiff

MILLAR & MIXON LLC
1691 Phoenix Boulevard, Suite 150
Atlanta, Georgia  30349
Telephone: 770.955.0100
Fax: 678.999.5039
steve@mixon-law.com

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **WASTECARE CORPORATION,** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>)<br>**SHREDDERHOTLINE.COM,** )<br>**AND DAN SCOTT BURDA,** )<br>)<br>**DEFENDANTS.** ) | **CIVIL ACTION FILE NO.**<br><br>**2:11-CV-297-WCO** |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I have this day served a copy of the within and foregoing documents with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are all CM/ECF participants, and that each of the foregoing documents was prepared using Times New Roman 14 point font as required by L.R. 7.1.

Respectfully submitted this 11th day of July, 2014.

>                                /s/ J. Stephen Mixon
>                                J. Stephen Mixon
>                                Georgia Bar No. 514050
>                                Attorney for Plaintiff

MILLAR & MIXON LLC
1691 Phoenix Boulevard, Suite 150
Atlanta, Georgia  30349
Telephone: 770.955.0100

Fax: 678.999.5039
steve@mixon-law.com