# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 2:11-CV-297-WCO |
| SHREDDERHOTLINE.COM, ) | |
| AND DAN SCOTT BURDA, ) | |
| ) | |
| DEFENDANTS. ) | |

**REPLY IN SUPPORT OF EMERGENCY MOTION FOR CONTINUANCE, MOTION FOR SANCTIONS, AND MOTION TO COMPEL**

Upon review of Defendants' Brief in Opposition, WasteCare does not believe any further briefing will be helpful to the Court. WasteCare contends that the Court's June 10, 2014, verbal order, the relevant deposition transcripts, and the exhibits attached to WasteCare's original brief speak for themselves.

This filing is intended to close the briefing on this issue as expeditiously as possible and render the matter ripe for a ruling by the Court.

Respectfully submitted this 14th day of July, 2014.

/s/ Amanda G. Hyland
Amanda G. Hyland
Georgia Bar No. 325115

1

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Direct: 678.336.7247
Main: 770.434.6868
Fax: 770.434.7376
ahyland@taylorenglish.com

MILLAR & MIXON LLC
1691 Phoenix Blvd., Ste. 150
Telephone: 770.955.0100
Fax: 678.999.5039
steve@mixon-law.com

Attorney for Plaintiff

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | 2:11-CV-297-WCO |
| SHREDDERHOTLINE.COM, ) | |
| AND DAN SCOTT BURDA, ) | |
| ) | |
| DEFENDANTS. ) | |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that I have this day served a copy of the within and foregoing documents with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are all CM/ECF participants, and that each of the foregoing documents was prepared using Times New Roman 14 point font as required by L.R. 7.1.

Respectfully submitted this 14th day of July, 2014.

/s/ Amanda G. Hyland
Amanda G. Hyland
Georgia Bar No. 325115

3