IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, : | |
| : | |
| Plaintiff and : | |
| Counterclaim Defendant, : | |
| : | CIVIL ACTION |
| v. : | NO. 2:11-CV-297-WCO |
| : | |
| SHREDDERHOTLINE.COM CO. : | |
| and DAN SCOTT BURDA, : | |
| : | |
| Defendants. : | |

## **ORDER**

Having conducted on this date a hearing on all pending motions in this case, the court hereby (1) **GRANTS** plaintiff's amended motion for writ of execution against defendants [187]; (2) **DENIES as moot** Motion of Sanctioned Counsel to Approve Supersedeas Deposit and to Grant Supersedeas Pending Appeal [201]; and (3) **DENIES as moot** plaintiff's Emergency Motion for Continuance, **DEFERS ruling on** Motion for Sanctions, and **GRANTS** Motion to Compel [212].

As directed at the hearing, the parties are hereby **ORDERED to APPEAR to commence defendants' deposition** on September 5, 2014, at 9:00 a.m. in the fourth floor jury deliberation room of the United States District Court, Northern District of

Georgia, Gainesville Division.  In addition, defendants are hereby **ORDERED to produce** all required discovery materials at the commencement of the deposition.

**IT IS SO ORDERED**, this 13th day of August, 2014.

                                        s/*William C. O'Kelley*
                                        WILLIAM C. O'KELLEY
                                        Senior United States District Judge