**From:** Joey Walls <joey.walls@gmail.com>
**Date:** August 1, 2013, 1:51:37 PM EDT
**To:** Sheldon Smith <ssmith@komarindustries.com>
**Subject: Fwd: Komar**

Hey Sheldon,

Call me on this when you can. Back some time ago you guys told us it was okay to use some of your imagery to help sell your equipment.

Matt on the email below is a desk guy with a website that does a good job generating leads. We do some work together from time to time. I told him he could grab images from our site and use on his bit kind of forgot about your stuff. Anyway he wants to make sure he is clear to use and not in trouble by using the images. I think someone is trying to give him a hard time. Please read below.


Joey Walls
Managing Principal
joey@gogreenrei.com
Direct 704-400-1111

Providing recycling solutions that preserve our natural resources
PO Box 1474, Hickory, NC 28603-1474
2052 Industrial Drive, Newton, NC 28658
888-734-3783 ● Local 704-325-3535
Fax 704-325-3537
GoGreenREI.com


Sent from my iPhone

Begin forwarded message:

**From:** "MK @ WasteCare" <mk@wastecare.com>
**Date:** August 1, 2013, 12:57:01 PM EDT
**To:** "'Joey Walls'" <joey@gogreenrei.com>
**Cc:** "'Joey Walls'" <joey.walls@gmail.com>
**Subject: Komar**
**Reply-To:** <mk@wastecare.com>

Joey,

{00485466.DOCX / }

Let me know after you speak with Komar.  I have to sort of count on you to make sure there is no issues about having the images on my website since you had given me permission to use the images (and of course I thought you were manufacturing the products until last night and our conversation this morning) . I guess overall it is a moot point since there was very few leads from the pages / images and never any sales, but I would still like Komar to know that I never misused their images (that I thought were REI's) and that I didn't just take it upon myself to use them.

Thanks


Matt Kennedy
WasteCare Corporation
Email: mk@wastecare.com
Tel Direct: 770-333-9900