IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, | : |
| | : |
| Plaintiff and | : |
| Counterclaim Defendant, | : |
| | : CIVIL ACTION |
| v. | : NO. 2:11-CV-297-WCO |
| | : |
| SHREDDERHOTLINE.COM CO. | : |
| and DAN SCOTT BURDA, | : |
| | : |
| Defendants. | : |

## ORDER

Counsel for defendants has presented a check in the amount of $200,000.00 payable to "Court Clerk N. Dist. of Georgia" issued by Royal Bank of Canada. This check was presented to cover the supersedeas bond allowed by the court. The Clerk of Court is hereby **AUTHORIZED and DIRECTED** to accept and deposit the above-described check into the registry of the court.

**IT IS SO ORDERED**, this 4th day of September, 2014.

WILLIAM C. O'KELLEY
Senior United States District Judge