# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION,<br>         Plaintiff,<br><br>     v.<br><br>SHREDDERHOTLINE.COM CO., and<br>DAN SCOTT BURDA,<br> Defendants. | CIVIL ACTION NO.<br>2:11-CV-297-WCO<br><br>JURY TRIAL<br>DEMANDED |

## DEFENDANTS' MOTION FOR CONTINUANCE

Now come the Defendants, and respectfully move this Honorable Court to continue the Hearing presently set for November 12, 2014 at 2PM in Courtroom 303 in Gainesville, Georgia.

Counsel respectfully avers that he is lead counsel in the following previously set conflicting proceedings that cannot be adequately handled, and the client's interest adequately protected, by other counsel for the party in the action or by other attorneys in lead counsel's firm:

   1. on November 12, 2014, "*Daniel O'Sullivan v. Contact Solutions LLC*", Case No: 01-14-0000-8592, and before Ronald G. Birch, Esq. (202) 659-5800 [Arbitration Proceeding in Washington DC];

   2. on November 13, 2014, *RNK, LLC v. Allbrands, LLC,* Case No. 3:14-cv-0413-PLR-CCS before the Eastern District of Tennessee (Hon. Pamela L. Reeves) (865)545-4255 [trademark case]; and

1

3. on November 17, 2014, *Helmet v. Jafrum,* Case 2:14-cv-01307-RGK-SH before the Central District of California (Hon. R. Gary Klausner) (213)-894-2649 [trademark case].

In light of the above set scheduling, undersigned counsel respectfully requests that the Court continue the present matter to a date subsequent to November 19th, and the same is respectfully requested. Opposing counsel (Mr. Mixon) has been contacted, and has graciously indicated that he would not oppose this motion.

Dated: November 3, 2014

Respectfully submitted,

*/s/ Robert M. Ward*

Robert M. Ward
(Georgia Bar No. 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326
Phone 404-606-6480
E-mail: bmwlaw@aol.com

*Attorney for defendants*

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record and who have been of record herein.

*/s/ Robert M. Ward*

Robert M. Ward