THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **WASTECARE CORPORATION,**<br>        Plaintiff,<br><br>   v.<br><br>**SHREDDERHOTLINE.COM CO., and DAN SCOTT BURDA,**<br>        Defendants. | CIVIL ACTION NO.<br>2:11-CV-297-WCO<br><br>JURY TRIAL<br>DEMANDED |

## MOTION OF ROBERT M. WARD TO WITHDRAW

Upon direction by the Defendants, now comes the undersigned counsel, pursuant to the provisions of Rule 83.1 (Exhibit A hereof), and does respectfully move this Honorable Court to withdraw his appearance herein in behalf of the said Defendants.

The provisions of Exhibit A hereof are respectfully incorporated by reference herein, including, *inter alia*, the following:

(A) That the attorney wishes to withdraw;
(B) The style of the action in which counsel seeks to withdraw, the name, address and telephone number of the Clerk and opposing counsel;
(C) That the Court retains jurisdiction of the action;
(D) That the client has the burden of keeping the court informed respecting where notices, pleadings or other papers may be served;
(E) That the client has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

1

(F) That if the client fails or refuses to meet these burdens, the client may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

(G) The dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of counsel;

(H) That service of notices may be made upon the client at the client's last known address, and,

(I) If the client is a corporation, that a corporation may only be represented in court by an attorney, that at attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in the state of Georgia, and that failure to comply with this rule could result in a default being entered against the corporate party; and

(J) Unless the withdrawal is with the client's consent, the client's right to object within fourteen (14) days of the date of the notice. A copy of the notice shall be affixed to the motion

Respectfully submitted this 10th day of November, 2014,

*/s/ Robert M. Ward*
Robert M. Ward
(Georgia Bar No. 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326
Phone 404-606-6480
E-mail: bmwlaw@aol.com
*Attorney for Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

Undersigned counsel hereby certifies that the foregoing document has been prepared in Times New Roman 14 pt., which is one of the font and point selections approved by the Court under Local Rule 5.1(B).

*/s/ Robert M. Ward*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record and who have been of record herein, and further upon Defendants.

*/s/ Robert M. Ward*