THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION,<br>      Plaintiff,<br><br>v.<br><br>SHREDDERHOTLINE.COM CO., and<br>DAN SCOTT BURDA,<br>      Defendants. | CIVIL ACTION NO.<br>2:11-CV-297-WCO<br><br>JURY TRIAL<br>DEMANDED |

## NOTICE OF CLIENTS' RIGHT TO OBJECT TO MOTION OF ROBERT M. WARD TO WITHDRAW

Notwithstanding the Defendants' direction to undersigned counsel to withdraw, now comes the undersigned counsel, pursuant to the provisions of Rule 83.1(J) , and does respectfully advise the Defendants of their right to object to such withdrawal within fourteen (14) days hereof.

Respectfully submitted this 10th day of November, 2014,

/s/ Robert M. Ward

Robert M. Ward
(Georgia Bar No. 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA 30326
Phone 404-606-6480
E-mail: bmwlaw@aol.com

*Attorney for Defendants*

1

## LOCAL RULE 7.1(D) CERTIFICATION

Undersigned counsel hereby certifies that the foregoing document has been prepared in Times New Roman 14 pt., which is one of the font and point selections approved by the Court under Local Rule 5.1(B).

_____<b><i>/s/ Robert M. Ward</i></b>_____

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record and who have been of record herein, and further upon Defendants.

_____<b><i>/s/ Robert M. Ward</i></b>_____