[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-10884

_____

D.C. Docket No. 2:11-cv-00297-WCO

WASTECARE CORPORATION,

                                        Plaintiff - Appellee,

versus

ROBERT M. WARD,

                                        Interested Party - Appellant,

SHREDDERHOTLINE.COM CO., et al.,

                                        Defendants - Counter Claimants
                                        Third Party Defendants,

MATTHEW KENNEDY,

                                        Cross Defendant.


_____

No. 14-10885

_____

D.C. Docket No.  2:11-cv-00297-WCO

WASTECARE CORPORATION,

          Plaintiff - Counter Defendant - Appellee,

versus

SHREDDERHOTLINE.COM CO.,
DAN SCOTT BURDA,

          Defendants - Counter Claimants - Third Party Plaintiffs -Appellants,

R/D COMPUTER SALES AND SERVICES LTD,
d.b.a. Connecting Point,

          Defendant - Third Party Defendant,

MATTHEW KENNEDY,

          Cross Defendant.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(December 2, 2014)

Before WILSON and ROSENBAUM, Circuit Judges, and HUCK,[*] District Judge.

PER CURIAM:

_____

[*] Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

This case came before the Court for oral argument.  The appeal presented the following issues:

    (1)    Whether the trial court erred in failing to instruct the jury or otherwise consider a "nominative fair use" defense to WasteCare's cyberpiracy claim;

    (2)    Whether the trial court erred in failing to instruct the jury or otherwise consider the "sight sound meaning" test as part of WasteCare's claim for cyberpiracy;

    (3)    Whether the jury unreasonably found that WasteCare's trademark was distinctive;

    (4)    Whether sufficient evidence existed to support the jury's finding that the Infringing Domain Names were "identical or confusingly similar" to WasteCare's trademark;

    (5)    Whether the district court abused its discretion by awarding WasteCare maximum statutory damages under the Anticybersquatting Consumer Protection Act; and

    (6)    Whether the district court abused its discretion in imposing sanctions against Shredderhotline.com, Dan Burda, and Robert Ward.

After carefully considering the law, the record, the parties' briefs, and oral argument, we find no reversible error.

**AFFIRMED.**

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  14-10884-EE  ; 14-10885 -EE
Case Style:  WasteCare Corporation v. Robert Ward
District Court Docket No:  2:11-cv-00297-WCO

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.** Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the CRIMINAL JUSTICE ACT must file a CJA voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for a writ of certiorari (whichever is later).

Pursuant to Fed.R.App.P. 39, costs taxed against appellants.

The Bill of Costs form is available on the internet at www.ca11.uscourts.gov

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call Lois Tunstall, EE at (404) 335-6224.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jeff R. Patch
Phone #: 404-335-6161

OPIN-1A Issuance of Opinion With Costs