

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> SHREDDERHOTLINE.COM, ) <br> AND DAN SCOTT BURDA, ) <br> ) <br> DEFENDANTS. ) | CIVIL ACTION FILE NO. <br><br> 2:11-CV-297-WCO |

## ORDER

This matter is before the Court on Plaintiff's Motion for Disbursement of Funds from the Court's Registry. After consideration of the Motion, it is hereby ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $381,452.68 plus all accrued interest, minus any statutory users fees, payable to J. Stephen Mixon, P.C. and Wastecare Corporation. Deliver the check to the attorney of record for Watecare at:

> J. Stephen Mixon, Esq.
> Millar and Mixon LLC
> 1691 Phoenix Blvd., Suite 150
> Atlanta, GA 30349

5

WASTECARE CORPORATION

2:11-cv-297-WCO

VS.

SHREDDERHOTLINE.COM, et al

It is so ORDERED this 20th day of January, 2015.

HONORABLE WILLIAM C. O'KELLEY
UNITED STATES DISTRICT JUDGE

**TO THE COURT**
It is hereby certified that rule 67 has been complied with and that there is on deposit in the **Registry of this Court** PRINCIPAL AMOUNT OF $381,452.68
plus interest of $12.99
as of January 19th 2015

Deputy Clerk
Financial Intake Section